**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**WOODSON TREE, LLC**                                                                     **PLAINTIFF**

**v.**                                          **Case No. 4:21-cv-00967 KGB**

**DIAMOND D INDUSTRIES, LLC**                                                    **DEFENDANT**

## ORDER

     Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 11). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

     For good cause shown, the Court adopts the stipulation of dismissal.  The action is dismissed with prejudice, and each party will bear their own costs.

     It is so ordered this 4th day of January, 2022.

 

                                 _____

                                 Kristine G. Baker
                                 United States District Judge